IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Fryson, Sylvia D

Printed: 10/29/08

Case Number: 07 B 21952
Judge: Wedoff, Eugene R
Filed: 11/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: January 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,750.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,647.80 |
| Trustee Fee: |  | 102.20 |
| Other Funds: |  | 0.00 |
| Totals: | 1,750.00 | 1,750.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,075.00 | 1,647.80 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 2,438.19 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 227.84 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 53.37 | 0.00 |
| 7. | B-Real LLC | Unsecured | 395.03 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 4,821.53 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 630.08 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 405.56 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,909.47 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 849.81 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 303.33 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 1,694.04 | 0.00 |
| 15. | Illinois Student Assistance Commission | Unsecured | 1,274.05 | 0.00 |
| 16. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | United States Attorney Office | Priority |  | No Claim Filed |
| 19. | D Patrick Mullarkey | Priority |  | No Claim Filed |
| 20. | Internal Revenue Service | Priority |  | No Claim Filed |
| 21. | Associate Area Counsel SB/SE | Priority |  | No Claim Filed |
| 22. | Anchor Receivables Management | Unsecured |  | No Claim Filed |
| 23. | Atlantic Credit & Finance Inc | Unsecured |  | No Claim Filed |
| 24. | Baker Miller Markoff & Krasny LLC | Unsecured |  | No Claim Filed |
| 25. | Bombay Credit Card | Unsecured |  | No Claim Filed |
| 26. | Capital Management | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fryson, Sylvia D

Printed: 10/29/08

Case Number: 07 B 21952
Judge: Wedoff, Eugene R
Filed: 11/21/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | I C Systems Inc | Unsecured | | No Claim Filed |
| 28. | Credit Management Co. | Unsecured | | No Claim Filed |
| 29. | Freedom Capital | Unsecured | | No Claim Filed |
| 30. | Home Depot | Unsecured | | No Claim Filed |
| 31. | Credit Max | Unsecured | | No Claim Filed |
| 32. | KCA Financial Services | Unsecured | | No Claim Filed |
| 33. | Chase | Unsecured | | No Claim Filed |
| 34. | Midnight Velvet | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 37. | Plaza Associates | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | Shell Citibank | Unsecured | | No Claim Filed |
| 40. | Swiss Colony | Unsecured | | No Claim Filed |
| 41. | CEE Group | Unsecured | | No Claim Filed |
| | | | $ 17,077.30 | $ 1,647.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 56.70 |
| 6.5% | 45.50 |
| | $ 102.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

